**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHNNY LEE NICHOLS,                                                                              PLAINTIFF
ADC #115100

V.                                       5:12-cv-00302-SWW-JJV

RAY HOBBS, Director, Arkansas
Department of Correction                                                        DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 12th day of October, 2012.


                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE